THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANDARD INSURANCE COMPANY, an Oregon Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE SCHOOL DISTRICT NO. 1, a Washington Municipal Corporation, <br><br> Defendant. | Case No. 20-cv-01097-MJP <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** |

THIS MATTER came before the court on Plaintiff's Motion for Leave to File Over-length Brief, and the Court having examined the records and files herein and being fully advised in the premises; now,

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Leave to File Over-length Brief is GRANTED, and that Plaintiff's Response to Defendant's Motion to Stay may not exceed 15 pages in length.

//

//

ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO
FILE OVER-LENGTH BRIEF - 1
Case No. 20-cv-01097-MJP

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1    DATED this 21st day of October, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

*Presented by:*

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Shannon L. Wodnik*
    Jordan Altura, *Pro Hac Vice* Admitted
    Shannon Wodnik, WSBA #44998
    Kyle Silk-Eglit, WSBA #43177
    James Ellison, *Pro Hac Vice* Admitted
    701 5th Avenue, Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5100
    Email: jaltura@grsm.com
          swodnik@grsm.com
          ksilkeglit@grsm.com
          jlellison@grsm.com

ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO
FILE OVER-LENGTH BRIEF - 2
Case No. 20-cv-01097-MJP

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822